IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RESHINA HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  3:10-CV-910-WKW [WO] |
| ) | |
| MAGNOLIA HAVEN NURSING ) | |
| HOME, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 19, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 12.)   Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED as follows:

(1) Defendant's motion to dismiss is GRANTED, and Plaintiff's action is DISMISSED without prejudice; and

(2) Plaintiff is GRANTED leave to file an amended Complaint **on or before February 23, 2011**, to include factual allegations in support of her claim of pregnancy discrimination.  Plaintiff's failure to amend her complaint **on or before February 23, 2011**, will result in its dismissal with prejudice.

DONE this 9th day of February, 2011.

                                             /s/ W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE